2011.  We moved to North Carolina at the same time; she was there during the hiking trespassing arrest.  She stayed on the couch at my place in Olympia for awhile.

**Interrogatory No. 10:**

Ricky Vertolli is a friend whom I have known since about 2011; I met him in North Carolina. We were roommates in Olympia.

**Interrogatory No. 11:**

Injuries: generally banged up, soreness, glasses were broken, crippling fear of a pending felony charge for a year and a half, the terror of being strapped to a bed at the hospital and having my blood drawn (being restrained was scary).  The terror of being handcuffed and unrestrained in the back of a paddy wagon.  Nightmares.

**Interrogatory No. 12:**

Discussed this case with Ricky Vertolli and Nadine Shade, activist friend Jordan (can't recall last name), and everyone in life, at least in passing because the stress of the pending charge was ever-present: co-worker, roommates, younger sister in Wisconsin.

**Interrogatory No. 13:**

I did not commit any crimes, and therefore there was no probable cause for a lawful arrest. I was arrested only after Renihan assaulted me, which later sought to justify through his false claim that I attacked him.

Renihan was dressed in plain clothes; he did not present as a cop nor did he identify as

ANSWER TO DEFENDANT'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION
2:19-cv-625-BJR
Page 4 of 9



CARNEY GILLESPIE ISITT PLLP
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM

one. He was waving a camera in my face, insisting that he had every right to record. It was an already scary situation with the identifiable cops acting aggressively. This tapped into my ever-present fear of being attacked for being a queer person, which was a daily reality when I was growing up in the Midwest and it still persists to this day in "liberal" Seattle. People would yell at me for walking down the street; I have had a person threaten to kill me for sitting on the bus talking with a friend. My defense mechanism is to yell back at these attackers to scare them off, much like making yourself large when an aggressive animal is threatening to attack. Very recently I was cat-called by teenage boys, when they realized I am transgendered, they chased me down the street and threw bottles at me.

**Interrogatory No. 14:**

I was peacefully assembling, I was not breaking anything, I was not engaged in any criminal activity nor had I been involved in any criminal activity. The video shows that I'm walking away from Renihan when he assaults me.

**Interrogatory No. 15:**

Both fabricated the evidence that I took a swing or attempted to hit Renihan. Friesen further fabricated the evidence that Renihan knocked me backwards and that he then "closed the distance" between us. Instead, as the video shows, he merely punched me and tackled me out of anger for my words to him.

I did not break anything, I did not hit Renihan, I did not threaten him; he zeroed in on me, and I tried to get away after verbally venting at him.

ANSWER TO DEFENDANT'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION
2:19-cv-625-BJR
Page 5 of 9



CARNEY GILLESPIE ISITT PLLP
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM