The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEPTEMBER KRUEGER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TIMOTHY RENIHAN and WESLEY FRIESEN,<br><br>                    Defendants. | No.      2:19-CV-625<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, September Krueger, and the defendants, Timothy Renihan, Wesley Friesen and, the City of Seattle, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and Timothy Renihan, Wesley Friesen and the City of Seattle, with prejudice and without costs or attorneys' fees

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1    to either party.

2         DATED this 13th day of April, 2020

3

| PETER S. HOLMES<br>Seattle City Attorney | Carney Gillespie PLLP |
|---|---|
| By:    *s/ Ghazal Sharifi*_____<br>Ghazal Sharifi, WSBA# 47750<br>Erika Evans, WSBA# 51159<br>Brian Maxey, WSBA# 33279<br>Assistant City Attorneys<br><br>*Attorneys for Defendants* | By:    *s/ Sean Gillespie*_____<br>Sean Gillespie, WSBA #35365<br><br>*Attorney for Plaintiff* |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendant, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of _____, 2020.

_____
Honorable Judge of the U.S. District Court

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:     *s/ Ghazal Sharifi*_____
          Ghazal Sharifi, WSBA# 47750
          Erika Evans, WSBA# 51159
          Brian Maxey, WSBA# 33279
          Assistant City Attorneys

          *Attorneys for Defendants*

Copy Received; Approved For Entry;
Notice of Presentation Waived:


By:     _____*s/Sean Gillespie*_____
          Sean Gillespie, WSBA #35365
          Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200